UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HILARY CARYN OLSEN,<br><br>    Plaintiff<br><br>v.<br><br>RENO HOUSING AUTHORITY, et al.,<br><br>    Defendants | Case No.: 3:24-cv-00145-ART-CSD<br><br>**Order** |

Plaintiff initiated this action on March 25, 2024 (ECF Nos. 1, 1-1.) The following day, the court sent Plaintiff an advisory letter to the address of record (ECF No. 2), which was returned as undeliverable (ECF No. 3).

Under Local Rule IA 3-1, a party must immediately file with the court written notification of any change of mailing address or other contact information. The failure to comply with this rule may result in dismissal of this action, or other sanctions deemed appropriate by the court. Plaintiff has **30 days** from the date of this order to file updated contact information with the court. A failure to timely do so will result in a recommendation that this action be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: April 12, 2024

_____
Craig S. Denney
United States Magistrate Judge